

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No. '21 MJ1279 |
| Plaintiff, | |
| v. | COMPLAINT FOR VIOLATION OF<br>Title 8 U.S.C. Section<br>1324(a)(2)(B)(iii)-<br>Bringing in Unlawful Alien(s)<br>Without Presentation |
| Jessica Yesenia GAVINO-Armenta | |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about April 6, 2021, within the Southern District of California, Defendant Jessica Yesenia GAVINO-Armenta, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that said aliens, namely Basilio CABALLERO-Milan, and Victoria ROBLES-Vasquez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference

SIGNATURE OF COMPLAINANT
Ramon A. Galindo, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 7th of April 2021.

HON. MITCHELL D. DEMBIN
UNITED STATES MAGISTRATE JUDGE

PROBABLE CAUSE STATEMENT

The complainant states that Basilio CABALLERO-Milan and Victoria ROBLES-Vasquez, are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimony is material, that it is impractical to secure their attendance at trial by subpoena and that they are material witness in relation to this criminal charge and should be held or admitted to bail as prescribed in Title 18, United States Code, Section 3144.

On April 6, 2021, at approximately 9:24 A.M., Jessica Yesenia GAVINO-Armenta (Defendant), a United States Citizen, made application for admission to the United States from Mexico at the Otay Mesa, California Port of Entry as the driver and sole visible occupant of a Honda Pilot. Upon inspection before a United States Customs and Border Protection (CBP) Officer, Defendant presented her United States Passport card as her entry document and she said she was going to San Ysidro, California with nothing to declare from Mexico. The CBP Officer referred the Defendant and the vehicle to secondary area for further processing due to a computer-generated alert.

In secondary, Defendant drove the vehicle through an x-ray device where a CBP Officer noticed anomalies within the cargo area of the vehicle. The CBP Officer inspected the vehicle and discovered a person concealed within a modified compartment in the rear bumper. CBP Officers assisted in removing two individuals from the compartment. The individuals were later identified as Basilio CABALLERO-Milan and Victoria ROBLES-Vasquez, determined to be citizens of Mexico without lawful documents to enter the United States, and are now being held as a Material Witnesses.

On April 6, 2021, at approximately 12:32 P.M., Defendant was advised of her Miranda rights and elected to make a statement. Defendant denied knowledge of the individuals concealed in her vehicle. Defendant stated the vehicle belongs to her boss and she was crossing to go shopping as part of her employment.

A video-recorded interview was conducted with Material Witnesses. Material Witnesses stated they are citizens of Mexico without lawful documents to enter or reside in the United States. Material Witnesses stated their family members made the smuggling arrangements and were going to pay an unknown amount of money as the smuggling fee. Material Witnesses stated they were going to Wisconsin, and Santa Maria, California.